CHESTER OLKOWSKI ET AL. *v.* JUSTIN DEW ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 48 Conn. App. 864 (AC 16945), is denied.

*Campbell D. Barrett*, in support of the petition.

*William J. Melley III*, in opposition.

Decided July 23, 1998

STATE OF CONNECTICUT *v.* ARTHUR LUSTER

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 872 (AC 17120), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

KATZ and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Deborah Krauss Snyder*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided July 23, 1998